# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH


### NO. 02-10-00178-CV

ALLEGHENY CASUALTY,                                                         APPELLANT
DEFENDANT-SURETY

                                           V.

THE STATE OF TEXAS                                                     APPELLEE

------------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

### MEMORANDUM OPINION[1] AND JUDGMENT

----------

Appellant filed a timely notice of appeal from the trial court's March 1, 2010 "Final Judgment." The trial court subsequently granted appellant's motion for new trial on June 4, 2010, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

On June 9, 2010, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot. We stated that the appeal would be dismissed as moot unless, on or before June 21, 2010, any

---

[1]*See* Tex. R. App. P. 47.4.

party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Accordingly, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED: July 8, 2010